UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Kenneth Carl Crissup,<br>　　Petitioner,<br>v.<br><br>Nathaniel Quarterman, Director TDCJ-ID,<br>　　Respondent. | §<br>§<br>§　C.A. NO. C-05-431<br>§<br>§<br>§<br>§ |

## ORDER GRANTING REPONDENT'S MOTION FOR SUMMARY JUDGMENT

Before the Court are respondent's Motion for Summary Judgment (D.E. 33) and respondent's Supplemental Motion for Summary Judgment (D.E. 59). On January 23, 2007 the Magistrate Judge filed a Memorandum and Recommendation (D.E. 75). Petitioner timely filed objections (D. 76).

Having read the motions, objections, pleadings, and evidence on file, including the state court transcripts, the Court accepts the recommended decision of the Magistrate Judge and GRANTS respondent's Motion for Summary Judgment (D.E. 59). Petitioner's application for the writ of habeas corpus is DISMISSED with prejudice. The Court DENIES the issuance of a certificate of appealablity.

ORDERED this 7 day of March, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE